JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE AND REMY SASIS, Individuals, <br><br> Plaintiff, <br><br> v. <br><br> JP MORGAN CHASE BANK, a Corporation; ~~DUXFORD FINANCIAL, INC., a Corporation~~, AND DOES 1-100, inclusive, <br><br> Defendants. | Case No. EDCV 09-124-VAP (AJWx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE as to Defendant JP Morgan Chase Bank. The Court orders that such judgment be entered.

Dated: March 4, 2009

VIRGINIA A. PHILLIPS
United States District Judge